UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY BUTLER,

    Plaintiffs,	Case No. 09-cv-13652
                                                   Hon. George Caram Steeh
vs.	Mag. Judge Virginia M. Morgan

CITY OF ECORSE, a municipal corporation,
POLICE OFFICER CRAIG CIESZKOWSKI,
And POLICE OFFICER FREDDY HUGES,
Individually and in their official capacity,
Jointly and severally,

    Defendants.
_____/

| | |
|---|---|
| Joel B. Sklar (P38338) | Rebecca H. Filiatraut (46443) |
| *Attorney for Plaintiff* | Secrest, Wardle |
| 1116 Ford Building | *Attorneys for Defendants* |
| 615 Girswold | 30903 Northwestern Highway |
| Detroit, MI 48226 | Farmington Hills, MI 48334 |
| (313) 963-4529 | (248) 851-9500 |
| | rfiliatratut@secrestwardle.com |

_____/

**CONSENT JUDGMENT**

The parties have expressed their desire to enter into a Consent Judgment in this matter.

Accordingly, it is herby **ORDERED AND ADJUDGED** that the Plaintiff, Terry Butler, shall recover from the Defendants, The City of Ecorse, Police Officer Craig Czieszkowski and Police Officer Freddy Hugley, the **sum of $60,000.00**.

It is hereby further **ORDERED AND ADJUDGED** that Defendants shall undertake all steps necessary to issue judgment bonds or other bonds to finance and pay the judgment in their required frame which funds shall be repaid by one or more judgment millage levies by the Defendants over the period of years provided by law in amounts necessary to fully fund payment of said judgment

bonds pursuant to and in accordance with the provisions of MCL 600.6093 and MCL 600.6097, or by the issuance of other bonds according to law, and all other applicable statutes and laws of the State of Michigan.

It is hereby further **ORDERED AND ADJUDGED** that Defendants shall undertake all actions necessary to effectuate the terms of this Judgment within a reasonable time period.

It is hereby further **ORDERED AND ADJUDGED** that this Court shall retain jurisdiction of this matter.

                                                                          s/George Caram Steeh
                                                                          United States District Judge

Dated:  March 15, 2011


Approved as to Form:

_/s/Joel Sklar (w/consent)_____
Joel B. Sklar (P38338)
*Attorney for Plaintiff*
1116 Ford Building
615 Girswold
Detroit, MI 48226



_/s/Rebecca H. Filiatraut_____
Rebecca H. Filiatraut (46443)
**Secrest, Wardle**
*Attorney for Defendants*
 (248) 851-9500